ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
JAN 1 7 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

CARL W. LARSON

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] MARK A. CLAUSEN

Firm Name: CLAUSEN LAW FIRM PLLC.

Post Office Box: 06-46 C

Street Address: 701 FIFTH AVE, SUITE 7230

City-State-Zip: SEATTLE, WA. 98104

Telephone & Facsimile Numbers: 206-223-0335 FAX 206-223-0337

E-mail address: MCLAUSEN@CLAUSENLAWFIRM.COM

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 3 5 6

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

GOVERNMENT'S FAILURE TO PAY MILITARY EXTENSION OF REENLISTMENT BONUS

Government Agency Involved: D O D

See attached Sheet for three digit code.

Amount Claimed: $ TO BE ESTABLISHED AT TRIAL

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005