IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL W. LATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-46C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court to grant defendant an enlargement of time of 60 days, to and including May 19, 2006, within which to respond to the complaint. Defendant’s response is now due on March 20, 2006, and the Court has granted no prior enlargements of time for this purpose. Counsel has discussed the matter and plaintiff’s counsel may respond after discussing the matter with his client.

Counsel has requested but not yet received the administrative records that would permit a response to the factual allegations in the complaint. Based upon very preliminary inquires, Mr. Latson’s official military records are held both by the United States Army and by the National Guard. His local command presently is forwarding its copies of his locally held records. The program provisions pursuant to which he seeks relief are new and, upon receipt of his records, we intend to seek an opinion of cognizant officials of the National Guard and Army regarding the proper application of these

provisions prior to responding to the complaint. The need to obtain Mr. Latson's official records and to obtain an authoritative interpretation of the pertinent statutes and regulations necessitate this request.

For the reasons set forth above, we respectfully request the Court to grant defendant an enlargement of time of 60 days, to and including May 19, 2006, within which to file a response to the complaint.

Respectfully submitted,

Peter D. Keisler
Assistant Attorney General

DAVID M. COHEN
Director

JAMES M. KINSELLA
Deputy Director

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325/616-8260
Facsimile: (202) 514-7965

March 13, 2006

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, a copy of the foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/

John Groat