IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL W. LATSON,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 06-46C<br>PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME<br>(Judge Allegra) |

## I. INTRODUCTION

Plaintiff requests this Court's denial of Defendant's Motion for an Enlargement of Time. Plaintiff filed his complaint on January 17, 2006. Defendant's answer to the complaint is due on March 20, 2006. Defendant has been given sufficient time to investigate the claims and prepare an answer to the complaint. Defendant's Motion must be denied.

## II. FACTS

Carl W. Latson is a Sergeant First Class in the National Guard for the State of Washington. He is a longtime active member of the Guard, also known as "AGR." Sgt. Latson signed an Oath of Extension of Reenlistment on January 17, 2005 with a promised $15,000



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

bonus, payable March 2005, when his new term of service began. To this date, Mr. Latson has not received his promised bonus, despite exhaustive efforts to obtain payment of the bonus. This Motion for an Extension of Time is simply another unnecessary and unwarranted delay preventing Mr. Latson from receiving his bonus.

## II. ARGUMENT

It has been one year from the time Mr. Latson was promised payment of his reenlistment bonus. Since March 2005, Mr. Latson had made various attempts to resolve this matter without any assurances of rightful payment. (see attached documents supporting Mr. Latson's efforts) Mr. Latson filed a complaint only after exhausting all known administrative remedies.

Shortly before Defendant's answer was due, Mr. Latson's counsel received a call from counsel for the Defendant regarding the complaint. It appeared from the phone call that the Defendant had just begun its investigation. While counsel for the Defendant complied with Rule 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims requiring such a teleconference before a Motion for an Enlargement of Time can be filed, Defendant did not make a good faith effort to investigate this claim before its response was due.

This extension of time will only further prejudice Plaintiff Latson from swift resolution of his claim. Plaintiff remains fully willing to cooperate with Defendant's investigation, but this matter should not be delayed any further at the expense of Mr. Latson. Mr. Latson justifiably relied on the payment of this bonus to satisfy personal obligations. The Defendants failure to pay the bonus as promised has caused Mr. Latson severe financial strain. With any further delay he risks being pursued legally by creditors he has promised payment. Mr. Latson should not be required to wait longer. Defendant's delay in answering the complaint is by fault of their own and not of Plaintiff.



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

## III. CONCLUSION

Defendant has had sufficient time to investigate the complaint to make a timely answer, and their failure to do so has prejudiced Plaintiff Mr. Latson. This Court should in its rightful discretion deny Defendants Motion for Extension of Time.

DATED this 15 th day of March, 2006.

CLAUSEN LAW FIRM PLLC

Mark A. Clausen, WSBA # 15693
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, a copy of the foregoing PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR AN ENLARGMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark A. Clausen



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com