IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARL W. LATSON,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-46C<br>*ERRATA* TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME<br>(Judge Allegra) |

PLEASE TAKE NOTICE that the referenced documents were inadvertently omitted from Plaintiff's Objection to Defendant's Motion for an Enlargement of Time. The referenced documents are attached hereto.

DATED this 16th day of March, 2006.

CLAUSEN LAW FIRM PLLC

Mark A. Clausen, WSBA # 15693
Attorney for Plaintiff



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, a copy of the foregoing PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR AN ENLARGMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark A. Clausen



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

CLAUSEN LAW FIRM, PLLC
A PROFESSIONAL LIMITED LIABILITY COMPANY
701 FIFTH AVENUE, SUITE 6660
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 223-0335
FACSIMILE: (206) 223-0337
WEB ADDRESS: CLAUSENLAWFIRM.COM

MARK A. CLAUSEN
TELEPHONE: (206) 340-1550
mclausen@clausenlawfirm.com

December 15, 2005

**CERTIFIED MAIL**

Thomas F. Hall
Assistant Secretary of Defense for Reserve Affairs
1500 Defense Pentagon, Rm. 2E220
Washington, D.C. 20310

Re: SFC Carl Latson and AGR Active Duty Bonus

Dear Mr. Hall,

I represent Sergeant First Class Carl Latson of the Washington National Guard. On October 13, 2005, Senator Patty Murray wrote you a letter seeking an explanation of why the payment of re-enlistment bonuses for Active Guard Reserve (AGR) members has not been paid. SFC Latson is one of those servicemen who have not received his promised bonus. A copy of Senator Murray's letter is attached for your reference. You replied to Senator Murray's letter on October 25, 2005. A copy of that letter is attached as well. In that letter you explain that the bonuses in question were being paid under the wrong authority and that you are working with the Army National Guard officials to ensure that the bonuses are honored. Nine months have passed from the time SFC Latson re-enlisted but he has yet to receive his promised bonus. Would you please indicate what steps you are taking to resolve this matter and when SFC Latson will receive his bonus?

Also in that letter you state that the, "use of the active duty bonus for AGRs (section 308, title 37) gives AGRs a substantial advantage by authorizing bonuses up to $60,000 with more flexibility of service commitments." SFC Latson was understandably interested in this program you speak of because it yields greater bonus amounts. We have attempted to learn more about this bonus program you speak of but no one in the Washington Guard Reserve, including the incentives officer that SFC Latson has worked with extensively over the past year, can offer any regulatory or statutory authority on how to administer such a program or how to determine SFC Latson could qualify for this bonus program.

Please send me publications, CFR citations, DoD regulations, and other materials and information regarding this program. Obviously, if another program offers a larger bonus and Sgt. Latson could take advantage of it, we would like to convert to it immediately.

I appreciate your prompt attention to this matter. If you have any further questions concerning Mr. Latson's legal position in this matter, please contact me.

Very truly yours,

CLAUSEN LAW FIRM, PLLC

Mark A. Clausen

By: Mark A. Clausen

encl.

MARIA CANTWELL
WASHINGTON
717 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-4705
(202) 224-3441
FAX: (202) 228-0514

December 5, 2005
Page 2

# United States Senate

WASHINGTON, DC 20510-4705

COMMITTEES:
COMMERCE, SCIENCE, AND TRANSPORTATION
ENERGY AND NATURAL RESOURCES
INDIAN AFFAIRS
SMALL BUSINESS

The Privacy Act of 1974 is a Federal law designed to protect you from unauthorized use and exchange of personal information by Federal agencies. Any information that a Federal Agency has on file regarding your dealings with the United States government may not, with a few exceptions, be given to another agency or to a Senator or Member of Congress without your written permission.

**PLEASE DESCRIBE THE SITUATION WITH WHICH YOU ARE REQUESTING ASSISTANCE**

See Attachment!

I hereby request the assistance of the Office of United States Senator Maria Cantwell in resolving the matter described above and authorize Senator Cantwell and her staff to receive any information which they might need in order to provide this assistance.

DATE: 12/14/05 SIGNED: Carl W. Latson

Name: (please print) Carl W. Latson Email: Carl.latson@us.army.mil

Address: 8010 207th St E City: Spanaway State: Wa Zip: 98387

Telephone: (days) Hm 253-846-8121 Other: (Cell) 253-255-6288 or Office (206) 378-6570

Social Security: 438151496 Date of Birth: 7/18/70 Alien Identification Number:

Claim No:

MC:db

CLAUSEN LAW FIRM, PLLC
A PROFESSIONAL LIMITED LIABILITY COMPANY
701 FIFTH AVENUE, SUITE 6860
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 223-0335
FACSIMILE: (206) 223-0337
WEB ADDRESS: CLAUSENLAWFIRM.COM

MARK A. CLAUSEN
TELEPHONE: (206) 340-1550
mclausen@clausenlawfirm.com

December 14, 2005

**VIA FACSIMILE AND REGULAR MAIL**

Senator Maria Cantwell
Jackson Federal Building
915 2nd Avenue, Suite 3206
Seattle, WA 98174-1003
Fax (206) 220-6400

Re: SFC Carl Latson

Dear Senator Cantwell:

I represent Sergeant First Class Carl Latson. He asked me to write you to formally request your assistance regarding his claim for a re-enlistment bonus he was to have received in March of this year. Enclosed is a signed copy of the release form you sent to Sgt. Latson.

Attached is Sgt. Latson's agreement for re-enlistment. You will note that it reflects him enlisting for six more years and being entitled to a bonus of $15,000. Also enclosed for your review is a memo confirming that soldiers in Sgt. Latson's position are entitled to the bonus. Also enclosed are some of the emails that Sgt. Latson has sent and received on this issue. Although the Army has issued a statement promising to pay the bonus, there is no time table and Sgt. Latson should have received the bonus more than six months ago.

In pursuing payment, Sgt. Latson and I have learned that the Guard offers a different program offering up to $60,000 in a re-enlistment bonus. Enclosed is a copy of a letter from the Defense Department referencing such a program. We have had no luck in finding the statutory or regulatory basis for this program, but it may be Sgt. Latson should be placed in that program. If you can assist with that matter we would greatly appreciate it.

Because he has gone months without the bonus, Sgt. Latson claims not only for the bonus, but for the damages resulting from the Army's failure to pay the bonus timely, including interest and attorney's fees.

Senator Patty Murray has also been apprized of Mr. Latson's claims and our request for help. Senator Murray has reviewed this issue and is working toward a resolution. I am sending

her staff a copy of this letter, to expedite any coordination between your respective offices. It is our hope that, by requesting your assistance, this matter might be brought to a quicker and more rational resolution.

I appreciate your prompt attention to this matter. If you have any further questions concerning Sgt. Latson's legal position in this matter, please contact me.

Very truly yours,

CLAUSEN LAW FIRM, PLLC

By: Mark A. Clausen

encl.

pc: Ms. Muriel Gibson
Sgt. Carl Latson

CLAUSEN LAW FIRM, PLLC
A PROFESSIONAL LIMITED LIABILITY COMPANY
701 FIFTH AVENUE, SUITE 6880
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 223-0335
FACSIMILE: (206) 223-0337
WEB ADDRESS: CLAUSENLAWFIRM.COM

MARK A. CLAUSEN
TELEPHONE: (206) 340-1550
mclausen@clausenlawfirm.com

November 2, 2005

Colonel Michael McCaffree
Commander, 81st Brigade Combat Team
Building #26 Camp Murray
Tacoma, WA. 98430

Re: SFC Carl Latson

Dear Colonel McCaffree:

I represent Sergeant First Class Carl Latson. He asked me to write you to formally protest and demand a hearing on his claim for his bonus that he was to have received in March.

Attached is Mr. Latson's agreement for re-enlistment. You will note that it reflects him enlisting for six more years and being entitled to a bonus of $15,000. Also enclosed for your review is a memo confirming that soldiers in Mr. Latson's position are entitled to the bonus. Also enclosed are some of the emails that Mr. Latson has sent and received on this issue. As you can see, Mr. Latson has attempted extensively to resolve this matter informally. Our hope is that making a formal protest and claim will generate the proper level of attention.

Mr. Latson claims not only for the bonus, but for the damages resulting from the Army's failure to pay the bonus timely, including interest at the highest statutory rate; consequential damages that he has suffered, and other damages that we will establish at the time of hearing. Further, Mr. Latson has incurred significant attorney's fees in working with me in an attempt to address this matter.

If you are not the right person to address this issue, please advise me of the proper person or forum to make a formal decision on Mr. Latson's claim. By copy of this letter, I am asking others in Mr. Latson's chain of command to address the same question. We wish to comply with applicable regulations and policies for claims and protests.

If I do not receive a formal response from the Army, we will be forced to assume that there is no administrative forum to address the claim, and will proceed in federal court. Although our hope is that this can be resolved amicably, Mr. Latson must act to protect and pursue his right to his promised compensation.

By copy of this letter, I am also notifying Senator Patty Murray of this claim and demand. Senator Murray has reviewed this issue and is working toward a resolution of this issue. It is our

By copy of this letter, I am also notifying Senator Patty Murray of this claim and demand. Senator Murray has reviewed this issue and is working toward a resolution of this issue. It is our hope that, by keeping Senator Murray apprised of all Mr. Latson's efforts and developments in his claim, this matter might be brought to a quicker and more rational resolution.

I appreciate your prompt attention to this matter. If you have any further questions concerning Mr. Latson's legal position in this matter, please contact me. If there is a Judge Advocate General assigned to this issue, I would appreciate if you would pass along my name and desire for a response.

Very truly yours,

CLAUSEN LAW FIRM, PLLC

Mark A. Clausen

By: Mark A. Clausen

encl.

pc: [See attached list]

From "Vanblaricum, Ryan, Mr., NGB-ARNG" <VanblarR@arng-fsc.ngb.army.mil>
Sent Friday, July 22, 2005 11:48 am
To "Latson, Carl W (AKO-WA)" <carl.latson@us.army.mil>
Cc
Bcc
Subject FW: ARNG Pay Inquiry
Attachments Policy.pdf 580K CONTRACT%20LATSON.pdf 290K

---

SFC Latson,

No determination has been made yet as to the legality of AGR bonuses.

**Ryan VanBlaricum**
**ARNG Financial Services NGB-ARC-F**
**Contractor, MPSC**
**Phone: 317-510-4365; DSN 699-4365**
**FAX CML: 317-510-7017**
**vanblarr@arng-fsc.ngb.army.mil**
**For unresolved pay issues, contact:**
**ARNG-MILPAY@ARNG-FSC.NGB.ARMY.MIL**
**1-877-ARNGPAY(1-877-276-4729)**

-----Original Message-----
**From:** Baker, Shirley, Ms., NGB-ARNG
**Sent:** Friday, July 22, 2005 12:54 PM
**To:** Vanblaricum, Ryan, Mr., NGB-ARNG
**Cc:** Craig, Michelle M., Ms.
**Subject:** FW: ARNG Pay Inquiry

State -WA

***Shirley Baker***
***Contractor, MPSC Lead Senior Systems Analyst***
***ARNG Financial Services Center NGB -ARC-F***
***ATTN: NGB-ARC-F (Column 118D)***
***Finance Support Team Indianapolis***
***ARNG-MILPAY@ARNG-FSC.NGB.ARMY.MIL***
***1-877-ARNGPAY (1-877-276-4729)***
***FAX CML 317-510-7017***

-----Original Message-----
**From:** Latson, Carl W SFC NGWA
**Sent:** Thursday, July 21, 2005 9:33 AM
**To:** NGDF ARNG-MilPay
**Subject:** ARNG Pay Inquiry

Can you tell me the status of my bonus? I should have received it back in Mar05. See attached documents

CARL W. LATSON
SFC, WAARNG
Readiness NCO
HHC 181st Support Battalion

Seattle, WA 98119
Comm. (206) 378-6570 or Dsn. 323-6570

October 13, 2005

The Honorable Thomas F. Hall
Assistant Secretary of Defense for Reserve Affairs
1500 Defense Pentagon, Rm. 2E220
Washington, D.C. 20310

Dear Secretary Hall:

I am writing to you in regards to your directive to withhold the payment of bonuses entitled to members of the Active Guard Reserve (AGR) upon extension of their service. It is my understanding that your office decided to deny extension bonuses for AGR members, even after AGR members in combat zones were told they would receive a bonus if they extended their service. I request an explanation on your decision to deny these bonuses, and request that you reverse your directive and allow AGR members to receive the bonuses they earned.

AGR members in Iraq and Afghanistan extended their service to their country with the expectation of, and a commitment from the Department of Defense to provide, a $15,000 service extension bonus. Those AGR members found out weeks and months later that their bonuses were denied because you did not agree with the policy and directed the National Guard Bureau (NGB) to not fulfill the commitment.

In a time when our up-tempo combat model involves a heavy reliance on Guard and Reserve members your actions send the wrong signal to our men and women in uniform. Guard and Reserve members from Washington state and all across the country are playing a larger than expected role in Operation Iraqi Freedom and Operation Enduring Freedom. They are answering the country's call to duty everyday and making great sacrifices here at home. Guard and Reserve members including AGR members deserve to be treated fairly, and given the honor and respect they deserve – not given false promises and arbitrarily denied compensation they were told they would receive.

As you know, information regarding the bonus was originally distributed in a memorandum by the National Guard Bureau (NGB) dated January 14, 2005. As described in the memorandum, the bonus was the result of Policy Number 05-02, which defined one of the standards for receiving the bonus by the signing of a six year reenlistment contract with the AGR. Despite this new policy, the NGB was abruptly ordered to cease payments of the bonuses by a directive issued from your office in April of 2005.

In a letter from the NGB, Donna Warren, Chief of Congressional Inquiries, wrote:

"The Office of the Secretary of Defense for Reserve Affairs became aware of the policy in April 2005, and directed the Army National Guard to cease all AGR and Mil Tech payments."

It is my understanding that the bonuses in question were an important factor in their decision to reenlist. Consequently, the denial of the bonus has caused tremendous uncertainty among those Guard Members who anticipated its receipt as part of their financial planning. Furthermore, actions such as this hinder recruiting and retention efforts. To that end, I request an immediate explanation of why you choose to deny these bonuses, and that you reverse your directive and allow payments of AGR member service extension bonuses without further delay.

I trust that you will recognize the urgency of my request, as our Guard Members do not deserve any further impediment to receiving the bonuses they were promised.

Thank you for your consideration, I look forward to receiving your timely response.

Sincerely,

Patty Murray
United States Senator

Cc: Secretary of Defense Donald Rumsfeld

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
NATIONAL GUARD BUREAU
111 SOUTH GEORGE MASON DRIVE
ARLINGTON, VA 22204-1382

NGB-ARM 14 January 2005

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: FY-05 Selected Reserve Incentive Program (SRIP) Policy Guidance for 14 December 2004 – 30 September 2005 (Policy Number 05-02) CHANGE 1

1. Effective date of this memorandum is 14 December 2004.

2. Prior to this memorandum, most TDA units were excluded from receiving any incentives. Per this memorandum, all MTOE and TDA units are now eligible to receive incentives. Soldiers that enlist into one of the 30 approved State MOS's or extend in either a MTOE or TDA unit are authorized to receive the NPS Enlistment Bonus, 3 or 6 year Reenlistment / Extension Bonus, Student Loan Repayment or the Prior Service Enlistment Bonus provided they meet all the other criteria's for the bonus.

3. Prior to this memorandum, Title 32 AGR soldiers and Technicians deployed due to GWOT were unable to receive incentives covered by this policy. Per this memorandum, all "former" AGR Title 32 and Technicians that are mobilized on Title 10 status due to GWOT are eligible to extend or execute an immediate reenlistment to obtain the reenlistment/extension bonus. Soldiers executing a bonus contract must serve 6 months of the reenlistment/extension contract prior to being re-affiliated with his/her state full-time position. Failure to serve the required 6 months will result in a prorated recoupment amount. Only exception is for those soldiers that have served their mobilization term prior to the date of this memorandum and are within the 6 month window (before) REFRAD, these soldiers will be allowed to extend and receive the extension incentive without recoupment.

4. NGB-ARM is authorizing the state enlisting or extending officials the authority to complete the proper annexes for the incentive in which the soldier is entitled. Any such annex will be approved by the state incentive manager and attached to the original enlistment or extension packet.

5. Further guidance and eligibility will be in accordance with FY05 Selected Reserve Incentive Program (SRIP) Policy Guidance Policy Number 05-02 dated 14 December 2004.

5. Point of contact SFC Donald. Gay, DSN 327-7738 or 703-607-7738.

RORY T. FROEHLICH
COL, EN
Chief, Personnel Programs, Manpower
And Resources Division

DISTRIBUTION:
Each Incentive Manager,
Each State MILPO
Each State RRM

From "Barr, Robert J CSM NGWA" <robert.barr1@wa.ngb.army.mil>
Sent Thursday, July 21, 2005 7:42 am
To "Latson, Carl W (AKO-WA)" <carl.latson@us.army.mil>
Cc
Bcc
Subject Re: RE: FW: Bonus not paid yet.

---

Last week at the NGB conf SCSM Sweeny and I attended Bonus for AGR was brought up. NGB want to pay it and they have about 1/3rd of over 100 plus that signed up like you payed. Then some Lawer got involved and read a reg one way. NGBs Jag read it another way. NGB reads it that they can pay it. But they are fighting a Jag at DOD. They think that they should have it done soon. That was what the G-1 NGB briefed. CSM Barr

-----Original Message-----
From: Latson, Carl W (AKO-WA) <carl.latson@us.army.mil>
To: Byzinker, Connie Ms NGWA <Connie.Byzinker@wa.ngb.army.mil>
CC: Barr, Robert J CSM NGWA <robert.barr1@wa.ngb.army.mil>
Sent: Thu Jul 21 07:26:25 2005
Subject: Re: RE: FW: Bonus not paid yet.

MSG Byzinker,

First of all goodmorning,

Have we heard anything on my bonus? I have been patient long enough. What is the next step that I can take? As you know it has been since Mar05.
Can you please get me an answer today?

SFC Carl W. Latson
Readiness NCO
HHC 181st Support Battalion
Seattle, Wa 98119
"If at the end of your life you have nothing, that is proof of what you've spent your life doing."

----- Original Message -----

From: "Byzinker, Connie MSG NGWA" <Connie.Byzinker@wa.ngb.army.mil>

Date: Tuesday, April 19, 2005 10:19 am

Subject: RE: FW: Bonus not paid yet.

> Nothing new. We will let you know.

>
>
>
> Connie Byzinker
>
> Assistant Inspector General
>
> Washington National Guard
>
>
>
> -----Original Message-----
> From: Latson, Carl W (AKO-WA)
> Sent: Tuesday, April 19, 2005 10:01 AM
> To: Heath, Bradley SFC NGWA
> Cc: Byzinker, Connie MSG NGWA; North, James MAJ NGWA; Weitzel,
> Michael P
> (AKO-WA)
> Subject: Re: FW: Bonus not paid yet.
>
>
>
> Good morning,
>
> Have we heard anything on the status of my bonus and when it will
> be paid?
>
> SFC Carl W. Latson
> Enlisted Aide-de-Camp to BG Oscar B. Hilman
> HQ 81st Brigade Combat Team
> LSA Anaconda
> APO AE 09391
> DSN (318) 829-1349 or 829-1300
> "If at the end of your life you have nothing, that is proof of
> what you've
> spent your life doing."
>
>
>
>
>
>
>
> ----- Original Message -----
>
> From: "Heath, Bradley (WA)" <Bradley.Heath@wa.ngb.army.mil>
>
> Date: Friday, April 1, 2005 6:55 am
>
> Subject: FW: Bonus not paid yet.
>
> > SFC Latson,
> >
> >
> >

> > I am on transitional leave. Either LTC North or Mrs. Connie
> > Byzinker will
> > look into your bonus issue and get back with you.
> >
> >
> >
> > SFC Bradley Heath
> >
> > Assistant Inspector General
> >
> > 81st Brigade Combat Team
> >
> > (253) 512-8190 Comm
> >
> > (323-8190 DSN
> >
> >
> >
> > -----Original Message-----
> > From: Latson, Carl W (AKO-WA)
> > Sent: Friday, April 01, 2005 6:30 AM
> > To: Heath, Bradley A (AKO-WA)
> > Subject: Bonus not paid yet.
> >
> >
> >
> > Can you please check into my bonus? It is not our states who I
> > have a
> > problem with. DFAS has not issued it yet. It has been almost a
> > month and
> > is suppose to be one lump sum that is given after my ETS date,
> > which was the
> > 6 Mar 05 and should be non taxable being that I was in Iraq. See
> > attachedcontract. If you need to contact me my cell is 253 255-
> > 6288. Thank you.
> >
> > SFC Carl W. Latson
> > Enlisted Aide-de-Camp to BG Oscar B. Hilman
> > HQ 81st Brigade Combat Team
> > LSA Anaconda
> > APO AE 09391
> > DSN (318) 829-1349 or 829-1300
> > "If at the end of your life you have nothing, that is proof of
> > what you've
> > spent your life doing."
> >
> >
> >
> >
> >
> >
> >
> >
>

From "Vanblaricum, Ryan, Mr., NGB-ARNG" <VanblarR@arng-fsc.ngb.army.mil>
Sent Friday, July 22, 2005 11:48 am
To "Latson, Carl W (AKO-WA)" <carl.latson@us.army.mil>
Cc
Bcc
Subject FW: ARNG Pay Inquiry
Attachments Policy.pdf 580K CONTRACT%20LATSON.pdf 290K

---

SFC Latson,

No determination has been made yet as to the legality of AGR bonuses.

**Ryan VanBlaricum**
**ARNG Financial Services NGB-ARC-F**
**Contractor, MPSC**
**Phone: 317-510-4365; DSN 699-4365**
**FAX CML: 317-510-7017**
**vanblarr@arng-fsc.ngb.army.mil**
**For unresolved pay issues, contact:**
**ARNG-MILPAY@ARNG-FSC.NGB.ARMY.MIL**
**1-877-ARNGPAY(1-877-276-4729)**

-----Original Message-----
**From:** Baker, Shirley, Ms., NGB-ARNG
**Sent:** Friday, July 22, 2005 12:54 PM
**To:** Vanblaricum, Ryan, Mr., NGB-ARNG
**Cc:** Craig, Michelle M., Ms.
**Subject:** FW: ARNG Pay Inquiry

State -WA

***Shirley Baker***
***Contractor, MPSC Lead Senior Systems Analyst***
***ARNG Financial Services Center NGB -ARC-F***
***ATTN: NGB-ARC-F (Column 118D)***
***Finance Support Team Indianapolis***
***ARNG-MILPAY@ARNG-FSC.NGB.ARMY.MIL***
***1-877-ARNGPAY (1-877-276-4729)***
***FAX CML 317-510-7017***

-----Original Message-----
**From:** Latson, Carl W SFC NGWA
**Sent:** Thursday, July 21, 2005 9:33 AM
**To:** NGDF ARNG-MilPay
**Subject:** ARNG Pay Inquiry

Can you tell me the status of my bonus? I should have received it back in Mar05. See attached documents

CARL W. LATSON
SFC, WAARNG
Readiness NCO
HHC 181st Support Battalion

Seattle, WA 98119
Comm. (206) 378-6570 or Dsn. 323-6570

From "Byzinker, Connie Ms NGWA" <Connie.Byzinker@wa.ngb.army.mil>
Sent Thursday, July 21, 2005 9:03 am
To "Latson, Carl W (AKO-WA)" <carl.latson@us.army.mil>
Cc
Bcc
Subject RE: RE: FW: Bonus not paid yet.

---

SFC Latson,

As you know, the Office of the Secretary of Defense-Reserve Affairs has directed National Guard Bureau to cease payments on this type of bonus as the bonus may be unauthorized. In excess of 200 bonus contracts have been written and congressional inquiries have been made. If you should make a Presidential or Congressional inquiry, please insure that it is directed to the Secretary of Defense level as there is nothing that can be done at the State level to resolve the issue.

Connie Byzinker

Assistant Inspector General

Washington National Guard

-----Original Message-----
From: Latson, Carl W (AKO-WA)
Sent: Thursday, July 21, 2005 7:26 AM
To: Byzinker, Connie Ms NGWA
Cc: Barr, Robert J CSM NGWA
Subject: Re: RE: FW: Bonus not paid yet.
Importance: High

MSG Byzinker,

First of all goodmorning,

Have we heard anything on my bonus? I have been patient long enough. What is the next step that I can take? As you know it has been since Mar05. Can you please get me an answer today?

SFC Carl W. Latson
Readiness NCO
HHC 181st Support Battalion
Seattle, Wa 98119
"If at the end of your life you have nothing, that is proof of what you've

spent your life doing."

----- Original Message -----

From: "Byzinker, Connie MSG NGWA" <Connie.Byzinker@wa.ngb.army.mil>

Date: Tuesday, April 19, 2005 10:19 am

Subject: RE: FW: Bonus not paid yet.

> Nothing new. We will let you know.
>
>
>
> Connie Byzinker
>
> Assistant Inspector General
>
> Washington National Guard
>
>
>
> -----Original Message-----
> From: Latson, Carl W (AKO-WA)
> Sent: Tuesday, April 19, 2005 10:01 AM
> To: Heath, Bradley SFC NGWA
> Cc: Byzinker, Connie MSG NGWA; North, James MAJ NGWA; Weitzel,
> Michael P
> (AKO-WA)
> Subject: Re: FW: Bonus not paid yet.
>
>
>
> Good morning,
>
> Have we heard anything on the status of my bonus and when it will
> be paid?
>
> SFC Carl W. Latson
> Enlisted Aide-de-Camp to BG Oscar B. Hilman
> HQ 81st Brigade Combat Team
> LSA Anaconda
> APO AE 09391
> DSN (318) 829-1349 or 829-1300
> "If at the end of your life you have nothing, that is proof of
> what you've
> spent your life doing."
>
>

>
>
>
>
>
> ----- Original Message -----
>
> From: "Heath, Bradley (WA)" <Bradley.Heath@wa.ngb.army.mil>
>
> Date: Friday, April 1, 2005 6:55 am
>
> Subject: FW: Bonus not paid yet.
>
> > SFC Latson,
> >
> >
> >
> > I am on transitional leave. Either LTC North or Mrs. Connie
> > Byzinker will
> > look into your bonus issue and get back with you.
> >
> >
> >
> > SFC Bradley Heath
> >
> > Assistant Inspector General
> >
> > 81st Brigade Combat Team
> >
> > (253) 512-8190 Comm
> >
> > (323-8190 DSN
> >
> >
> >
> > -----Original Message-----
> > From: Latson, Carl W (AKO-WA)
> > Sent: Friday, April 01, 2005 6:30 AM
> > To: Heath, Bradley A (AKO-WA)
> > Subject: Bonus not paid yet.
> >
> >
> >
> > Can you please check into my bonus? It is not our states who I
> > have a
> > problem with. DFAS has not issued it yet. It has been almost a
> > month and
> > is suppose to be one lump sum that is given after my ETS date,
> > which was the
> > 6 Mar 05 and should be non taxable being that I was in Iraq. See
> > attachedcontract. If you need to contact me my cell is 253 255-
> > 6288. Thank you.
> >
> > SFC Carl W. Latson
> > Enlisted Aide-de-Camp to BG Oscar B. Hilman

> > HQ 81st Brigade Combat Team
> > LSA Anaconda
> > APO AE 09391
> > DSN (318) 829-1349 or 829-1300
> > "If at the end of your life you have nothing, that is proof of
> > what you've
> > spent your life doing."
> >
> >
> >
> >
> >
> >
> >
> >
>

ASSISTANT SECRETARY OF DEFENSE
1500 DEFENSE PENTAGON
WASHINGTON, DC 20301-1500

RESERVE AFFAIRS

OCT 25 2005

The Honorable Patty Murray
United States Senate
Washington, DC 20510

Dear Senator Murray:

Thank you for your letter of October 13, 2005, concerning reenlistment bonuses for Reserve component members who serve full-time in the Active Guard and Reserve (AGR) program. The reports you have received regarding our actions and intentions are erroneous. I want to provide you an accurate account of how we are proceeding with respect to bonuses for our outstanding members who serve as full-time in the Active Guard and Reserve (AGR) programs.

We did not, as reported, issue a directive ordering the Army National Guard to cease payments of bonuses to the AGR personnel. What we did was point out to the Army National Guard that these bonuses were being paid under the wrong authority (section 308b of Title 37), which is for Selected (drilling) Reservists. Using this authority (if it were authorized) for AGRs disadvantages them, since it authorizes a maximum bonus of $15,000.00 for a six-year service commitment or $7,500 for a three-year commitment. Use of the active duty bonus for AGRs (section 308, Title 37) gives AGRs a substantial advantage by authorizing bonuses up to $60,000 with more flexibility of service commitments. We always look to provide benefits that provide the best flexibility for our dedicated and outstanding guardsmen/reservists.

We are working with Army National Guard officials to ensure that they honor the bonus contracts and avoid adversely affecting their AGR soldiers. Bonus authorities are among our most effective tools in attracting and retaining talented personnel with high-demand skills. The Army National Guard reports that a much larger number of soldiers reenlisted in 2005 than in the previous year due to the higher bonus amount recently authorized by Congress. Your support of improvements in our bonus authorities and our superb members of the Guard/Reserve is greatly appreciated.

Sincerely,

T. F. Hall

T. F. Hall