IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL W. LATSON, | ) | |
| Plaintiff, | ) | No. 06-46C |
| | ) | (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John Groat as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN GROAT
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

Dated: March 17, 2006

/s/ John Groat

JOHN GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-8260
Facsimile: (202) 514-7965

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

Mark A. Clausen, Esquire
Clausen Law Firm, PLLC
701 Fifth Avenue
Suite 7230
Seattle, Washington 98104

/s/ John Groat

John Groat