# In The United States Court of Federal Claims

No. 06-046 C

(Filed: March 20, 2006)

CARL W. LATSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 13, 2006, defendant filed a motion for an enlargement of time of 60 days in which to respond to plaintiff's complaint. On March 16, 2006, plaintiff filed its response opposing the motion. The motion is hereby **GRANTED**. Accordingly, on or before May 19, 2006, defendant shall file its response. **No further enlargements of this deadline will be granted**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge