HEADQUARTERS MILITARY DEPARTMENT
STATE OF WASHINGTON
Office of The Adjutant General
Camp Murray, Tacoma, Washington 98430-5000

ORDERS 317-068 13 November 2003

LATSON CARL W 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 SSG HHC(-DET 1) 81ST AR BDE
(QYQAA-400) 1601 W ARMORY WAY SEATTLE WA 98119

You are ordered to active duty as a member of your Reserve Component Unit for the period indicated unless sooner released or unless extended. Proceed from your current location in sufficient time to report by the date specified. You enter active duty upon reporting to unit home station.

REPORT TO HOME STATION: 15 November 2003 , SEATTLE, WA
REPORT TO MOB STATION: 18 November 2003 , FORT LEWIS, WA
Period of active duty: Not to exceed 545 days
Purpose: IN SUPPORT OF OPERATION IRAQI FREEDOM
Mobilization Category Code: G
Additional instructions:

(a) Pursuant to Presidential Executive Order 13223 of 14 September 2001, you are relieved from your present Reserve Component status and are ordered to report for a period of active duty not to exceed 25 days for mobilization processing. Proceed from your present location in sufficient time to report by the date specified.
(b) If upon reporting for active duty you fail to meet deployment medical standards (whether because of a temporary or permanent medical condition), then you may be released from active duty, returned to your prior reserve status and returned to your home address, subject to a subsequent order to active duty upon resolution of the disqualifying medical condition.
(c) If, upon reporting for active duty, you are found to satisfy medical deployment standards, then you are further ordered to active duty for a period not to exceed 545 days, such period to include the period (not to exceed 25 days) required for mobilization processing.
(d) Quarters and rations are not available 15-17 November 2003. Quarters and rations are available after those dates.
(e) Early reporting is not authorized. This is not a permanent change of station (PCS). Normal PCS entitlements, allowances & relocation of family members & HHGS are not authorized. Non-temporary storage of HHGS and storage of one POV is authorized, if entitled. Commercial travel is authorized. Rental car is not authorized.
(f) Sure pay is mandatory. Soldier must bring the appropriate documentation to support the requirement to authorize sure pay to the bank. Call 1-800-336-4590 (National Committee for Employer Support of the Guard and Reserve) or check online at www.esgr.org if you have questions regarding your employment/reemployment rights.

ORDERS 317-068 HQ WA NG, OTAG, 13 November 2003

Additional instructions (cont):

(g) Transport of military weapon is authorized, personal weapon is not authorized. Excess baggage of 3 bags at 210 pounds is authorized. Bring complete military clothing bag and appropriate personal items. Bring only items specified by Commander, PERSCOM, or other appropriate authority.

(h) Soldier will hand carry (if available) complete MPRJ, health and dental, training, and clothing records, if moving as an individual. Records will not be moved in the same conveyance as soldiers when they move as a group per AR 600-8-101, ch 5. Personnel requiring eye correction will bring two pairs of eyeglasses and eye inserts for protective mask.

(i) Bring copies of rental/mortgage agreement, marriage certificate, birth certificate (BC), BC of natural children or documentation of dependency or child support, family care plan, will, power of attorney & any other documentation affecting your pay or status. Dependents may be eligible for TRICARE (military health care) benefits. Call 1-888-363-2273, visit www.tricare.osd.mil/reserve/ or email TRICARE_help@amedd.army.mil.

(j) During period of deployment, gaining/deployed unit commander has responsibility for personnel service support to include awards and decorations, UCMJ, and all other forms of personnel and legal administration support except Reserve Component promotion authority.

(k) DO NOT ACCESS INTO THE STRENGTH OF THE ACTIVE ARMY. Security Clearance verified by SSG George Caster, State Security Manager, 253-512-8435.

FOR ARMY USE
Auth: TITLE 10 USC, SECTION 12302/HQDA MSG 040059Z NOV 03/DAMO-ODOM/:9
ORDTYP/MOBORD/HQDA ONE no. 479-04/HQ 5TH US ARMY PO 308-35 DTD 4 NOV 03
Acct clas:
Enl pay/alw: 21 4 2010.0000 01-1100 P2X2A00 11**/12** VIRQ F9203 5570 S12120
Enl tvl/pd: 21 4 2020.0000 01-1100 P135198 21**/22**/25** VIRQ F9203 S99999
Enl pay/alw: TBD
Enl tvl/pd: TBD
Sex: M
MDC: PM
PMOS/AOS/ASI/LIC: , ,
HOR: 1535 ESTATE PL , FIRCREST WA98466
DOR: 29-AUG-01
PEBD: 01-SEP-92
Security Clearance: N
Comp: ARNGUS
Format: 165

FOR THE ADJUTANT GENERAL:

\\\\\\\\\\\\\\\\\\\\\\\\//////////////////////
\\\\ HQ, WAARNG //
\\\\ OFFICIAL //
\\\\\\\\\\\\\\\\\\\\\\\\//////////////////////

MICHAEL K. JOHNSON
COL, IN, WAARNG
DCSPER

DISTRIBUTION:
USPFO-MBP; MSC; BN; UNIT;
DCSOPS; NGB-ARP; HQ FIFTH ARMY
DV2-7

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| Item | Entry |
|---|---|
| 1. NAME *(Last, First, Middle)* | LATSON, CARL WAYNE |
| 2. DEPARTMENT, COMPONENT AND BRANCH | ARMY/ARNG |
| 3. SOCIAL SECURITY NO. | 438 15 1496 |
| 4.a GRADE, RATE OR RANK | SFC |
| 4.b PAY GRADE | E7 |
| 5. DATE OF BIRTH *(YYYYMMDD)* | 19700718 |
| 6. RESERVE OBLIG. TERM. DATE | Year 0000 Month 00 Day 00 |
| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | SEATTLE, WA |
| 7.b HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)* | 1535 ESTATE PL<br>FIRCREST, WA 98466 |
| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | HHC (DET 1) 81ST AR BDE FC |
| 8.b STATION WHERE SEPARATED | FORT LEWIS, WA 98433 |
| 9. COMMAND TO WHICH TRANSFERRED | HHC (DET 1) 81ST AR BDE (QYQAA-400) SEATTLE WA 98119 |
| 10. SGLI COVERAGE | None: [ ] Amount: $ 250,000.00 |

11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*

42A40 00 HUMAN RESOURCES SPECIALIST--1 YRS-5 MOS//NOTHING FOLLOWS

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date entered AD This Period | 2003 | 11 | 15 |
| b. Separation Date This Period | 2005 | 04 | 18 |
| c. Net Active Service This Period | 0001 | 05 | 04 |
| d. Total Prior Active Service | 0007 | 08 | 08 |
| e. Total Prior Inactive Service | SEE | BLOCK | #18 |
| f. Foreign Service | 0000 | 11 | 23 |
| g. Sea Service | 0000 | 00 | 00 |
| h. Effective Date of Pay Grade | 2004 | 02 | 12 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*

BRONZE STAR MEDAL//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//NAVY "E" RIBBON//NATIONAL DEFENSE SERVICE MEDAL (3RD AWARD)//GLOBAL WAR ON TERRORISM SERVICE MEDAL//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//ARMED FORCES RESERVE MEDAL W/M DEVICE//SOUTHWEST ASIA SERVICE MEDAL WITH 1 BRONZE SERVICE STAR (BSS)//HUMANITARIAN SERVICE MEDAL//NCO PROFESSIONAL//CONT IN BLOCK 18.

14. MILITARY EDUCATION *(Course title, number of weeks and month and year completed)*

NONE//NOTHING FOLLOWS

| Item | Yes | No |
|---|---|---|
| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | | X |
| 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | X | |
| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | X |

16. DAYS ACCRUED LEAVE PAID: NONE

18. REMARKS

DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//SEPARATED FROM SERVICE ON TEMPORARY RECORDS AND SOLDIER'S AFFIDAVIT//DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION IRAQI FREEDOM IAW 10 USC 12302//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE //PERIOD OF DUTY: 20031115-20050418//PLACE OF DUTY: SEATTLE WA/FORT LEWIS WA/KUWAIT/IRAQ //SOLDIER DID SERVE IN AN IMMINENT DANGER PAY AREA//(IRAQ:20040315-20050307)//CONT FROM BLOCK 13: DEVELOPMENT RIBBON WITH NUMERAL 2//ARMY SERVICE RIBBON//OVERSEAS SERVICE BAR (2ND AWARD) //NOTHING FOLLOWS

| Item | Entry |
|---|---|
| 19.a MAILING ADDRESS AFTER SEPARATION *(Include Zip Code)* | 8010 207TH ST E<br>SPANAWAY, WA 98387 |
| 19.b NEAREST RELATIVE *(Name and address - include Zip Code)* | ORA D ANDERSON<br>4302 ROSARY LN<br>SHREVEPORT, LA 71108 |
| 20. MEMBER REQUESTS COPY 6 BE SENT TO WA DIR OF VET AFFAIRS | X Yes [ ] No |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | [signature] |
| 22. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title and signature)* | [signature] DENNIS L. PETERSON, GS7, CHIEF, SRP |

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| Item | Entry |
|---|---|
| 23. TYPE OF SEPARATION | RELEASE FROM ACTIVE DUTY |
| 24. CHARACTER OF SERVICE *(Include upgrades)* | HONORABLE |
| 25. SEPARATION AUTHORITY | AR 635-200, CHAP 4 |
| 26. SEPARATION CODE | LBK |
| 27. REENTRY CODE | NA |
| 28. NARRATIVE REASON FOR SEPARATION | COMPLETION OF REQUIRED ACTIVE SERVICE |
| 29. DATES OF TIME LOST DURING THIS PERIOD | NONE |
| 30. MEMBER REQUESTS COPY 4 | Initials |