IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARL W. LATSON,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-46C<br>PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME<br>(Judge Allegra) |

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff, Carl W. Latson, respectfully requests the Court to grant Plaintiff an enlargement of time of 30 days, to and including July 19, 2006, within which time to respond to Defendant's Motion to Dismiss. Plaintiff's response is now due June 19, 2006, and the Court has granted no prior enlargements of time for this purpose. Counsel for Plaintiff has discussed the pending Motion to Dismiss and this Motion for An Enlargement of Time with Counsel for Defendant. Defendant's Counsel will not objection to this Motion For an Enlargement of Time.

Plaintiff's Counsel telephoned Defendant's Counsel after reviewing its motion. Each party discussed their position in the matter. The telephone conference revealed new facts and



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

information. As a result, Plaintiff's Counsel needs additional time to conduct further investigation and research of Defendant's position.

For the reasons set forth above, we respectfully request the Court to grant Plaintiff an enlargement of time of 30 days, to and including July 19, 2006, within which to file a response to Defendant's Motion to Dismiss.

DATED this 19th day of June, 2006.

CLAUSEN LAW FIRM PLLC

Mark A. Clausen, WSBA # 15693
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, a copy of the foregoing PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark A. Clausen



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com