# In The United States Court of Federal Claims

No. 06-046C

(Filed: June 23, 2006)

CARL W. LATSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 19, 2006, plaintiff filed a motion for an enlargement of time of 30 days in which to respond to defendant's motion to dismiss. The motion is hereby **GRANTED**. Accordingly, on or before July 19, 2006, plaintiff shall file its response. The parties are reminded that this Court expects strict compliance with its Special Procedures Order, including the requirements for filing a motion for enlargement of time in Section 3(a).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge