# In The United States Court of Federal Claims

No. 06-046C

(Filed: July 31, 2006)

CARL W. LATSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 19, 2006, defendant filed a motion to dismiss. Plaintiff's response was originally due on June 19, 2006. On the day that response was due, plaintiff filed a motion for an enlargement of time of 30 days, until July 19, 2006, in which to respond. On June 23, 2006, the court granted that motion and reminded the parties that the Court expects strict compliance with its Special Procedures Order. As of today, the court still has not received plaintiff's response to defendant's motion to dismiss.

Accordingly, plaintiff is hereby ordered to file his response by Friday, August 11, 2006. If the response is not filed by that date, this case will be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge