IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL W. LATSON,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 06-46C<br>PRAECIPE<br>(Judge Allegra) |

The Clerk and the Court will please note that the above named parties have reached a tentative settlement agreement. Defendant, United States is processing payment to Plaintiff, Carl W. Latson. The matter will be dismissed upon payment under the terms of the settlement.

DATED this 1st day of August, 2006.

CLAUSEN LAW FIRM PLLC

2/921

for Mark A. Clausen, WSBA # 15693
Attorney for Plaintiff



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, a copy of the foregoing PRAECIPE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

36921
~~Mark A. Clausen~~
J. PRESTON FREDERICKSON



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com