IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL W. LATSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-46C
PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME
(Judge Allegra)

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff, Carl W. Latson, respectfully requests the Court to grant Plaintiff an enlargement of time of 60 days of which to file a response to Defendants Motion to Dismiss. Plaintiff's response is now due August 11, 2006.

Plaintiff SFC Latson and Defendant United States have reached a settlement agreement. Defendant, United States is processing payment under the settlement agreement to Plaintiff, Carl W. Latson. The matter will be dismissed upon payment. Counsel for Plaintiff and Defendant have telephonically discussed this motion for Enlargement of Time. Defendant joins in this motion. Plaintiff has already filed a Praecipe notifying the court of the settlement on August 1, 2006.



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

For the reasons set forth above, we respectfully request the Court to grant Plaintiff an enlargement of time of 60 days, to allow for the United States to process settlement payment to Mr. Latson, after which the matter will be dismissed by the Plaintiff.

DATED this 9 th day of August, 2006.

CLAUSEN LAW FIRM PLLC

WSBA 36921
for Mark A. Clausen, WSBA # 15693
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2006, a copy of the foregoing PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark A. Clausen
J Preston Frederickson



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com