IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARL W. LATSON,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-46C<br>PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME<br>(Judge Allegra) |

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff, Carl W. Latson, respectfully requests the Court to grant Plaintiff an enlargement of time of 60 days of which to file a response to Defendants Motion to Dismiss. Plaintiff's response is now due October 4, 2006.

Plaintiff SFC Latson and Defendant United States have reached a settlement agreement. Defendant, United States is processing payment under the settlement agreement to Plaintiff, Carl W. Latson. There have been some procedural difficulties in getting Mr. Latson the full payment under the settlement agreement. The parties are working toward final payment in settlement of this matter including through the judgments fund of the U.S. Army. The matter will be promptly



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

dismissed upon full payment. Counsel for Plaintiff and Defendant have telephonically discussed this motion for Enlargement of Time. Defendant joins in this motion.

For the reasons set forth above, we respectfully request the Court to grant Plaintiff an enlargement of time of 60 days, to allow for the United States to finalize the settlement payment to Mr. Latson, after which the matter will be promptly dismissed by the Plaintiff.

DATED this 4 th day of October, 2006.

CLAUSEN LAW FIRM PLLC

36921
For Mark A. Clausen, WSBA # 15693
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2006, a copy of the foregoing PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

36921
For Mark A. Clausen



CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com