# In The United States Court of Federal Claims

No. 06-046C

(Filed: October 5, 2006)

CARL W. LATSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On October 4, 2006, plaintiff filed an unopposed motion for enlargement of time of 60 days in which to file a response to defendant's motion to dismiss. Plaintiff's motion is hereby **GRANTED**, in part, and **DENIED**, in part. Instead of the 60 days requested by plaintiff's motion, plaintiff shall have 56 days, to and including November 30, 2006, in which to file a response to defendant's motion to dismiss.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge