# In The United States Court of Federal Claims

No. 06-046C

(Filed: December 19, 2006)

CARL W. LATSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 15, 2006, plaintiff filed an out-of-time, unopposed motion for an enlargement of time of sixty days in which to file a response to defendant's motion to dismiss, stating that the defendant is processing payment to plaintiff pursuant to a settlement agreement. In lieu of granting this motion:

1. Briefing is stayed on defendant's pending motion to dismiss until further order; and

2. On or before January 2, 2007, and every 28 days thereafter, the parties shall file a joint status report regarding the status of the pending settlement.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge