IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL W. LATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-46 C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant the Court's order of December 19, 2006, defendant respectfully provides the following status report upon behalf of the parties. Counsel have discussed the status of the proceedings.

The Government has forwarded a settlement agreement addressing the one outstanding issue to the judgment fund for payment. The parties expect to dismiss the matter as soon as payment is made.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

/s/ John S. Groat

MAJOR JERRETT DUNLAP
Military Personnel Branch
Litigation Division
U.S. Army
901 N. Stuart St.
Arlington, VA 22203-1837

JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965

January 3, 2007

Attorneys for the Defendant