IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL W. LATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-46 C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to the terms of a settlement agreement, the parties respectfully stipulate to the dismissal of this matter with prejudice, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

/s/ Mark A. Clausen
Mark A. Clausen, WSBA # 15693
Attorney for Plaintiff
CLAUSEN LAW FIRM PLLC
701 Fifth Avenue Suite 7230
Seattle, Washington 98104
(206) 223-0335
FAX (206) 223-0337
mclausen@clausenlawfirm.com

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965

Of Counsel:
Jerrett W. Dunlap, Jr.
Military Personnel Branch
Litigation Division
U.S. Army
901 N. Stuart St.
Arlington, VA 22203-1837

January 5, 2007

Attorneys for the Defendant